1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. DRAKE,

          Plaintiff,

    v.

THE NIELLO COMPANY, et al.,

          Defendants.

Case No.  16-cv-01366-KAW

**ORDER GRANTING EMERGENCY
MOTION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 12

     On June 3, 2016, Plaintiff Eric Drake filed an emergency motion to continue the initial case management conference currently set for June 21, 2016.  (Dkt. No. 12.)  Given that Defendants have not been served in this case, and in light of the medical issues Plaintiff describes in his motion, the Court finds good cause to continue the initial case management conference to September 20, 2016.

     IT IS SO ORDERED.

Dated: 06/07/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge